**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-7523**

─────────────

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

RONNIE EARL KNOX,

           Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:03-cr-00220-FDW-4)

─────────────

Submitted: November 20, 2012      Decided: November 27, 2012

─────────────

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ronnie Earl Knox, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Earl Knox appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>United States v. Knox</u>, No. 3:03-cr-00220-FDW-4 (W.D.N.C. July 16, 2012, Aug. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>